**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00377-HDM-CWH |
| Plaintiff, | |
| v. | |
| TAJH DION WEATHERSPOON, | **ORDER** |
| Defendant. | |

The order (ECF No. 27) entered on February 10, 2017 granting the government's motion to seal (ECF No. 20) was entered in error; the motion was denied by the Court at the hearing held on February 9, 2017.

IT IS THEREFORE ORDERED that the Court's order (ECF No. 27) is VACATED.

DATED: February 10, 2017.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

1