# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:16-cr-00377-HDM-CWH |
| vs | ) | |
| TAJH DION WEATHERSPOON, | ) | **ORDER** |
| Defendant. | ) | |
| _____ | ) | |

On December 5, 2017, this Court entered an order allowing retained counsel Craig Mueller, Esq. to withdraw as counsel for Defendant Tajh Dion Weatherspoon and for appointment of CJA counsel for any appeal the Defendant might request to file.

Accordingly, **IT IS ORDERED** that Kathleen Bliss, Esq. is hereby appointed to represent Tajh Dion Weatherspoon in place of Craig Mueller, Esq. for appeal purposes.

**IT IS FURTHER ORDERED** that Mr. Mueller shall forward the Defendant's file to Kathleen Bliss, Esq. <u>forthwith</u>. **IT IS SO ORDERED**.

DATED this 11th day of December, 2017.

_____

HOWARD D. McKIBBEN
Senior United States District Judge