# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Respondent/Plaintiff,

v.

TAJH DION WEATHERSPOON,

    Petitioner/Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: **2:16-cr-00377-HDM-CWH**
Related Case Number: 2:20-cv-01133-HDM

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that the claims raised in Weatherspoon's § 2255 motion are waived, procedurally defaulted and/or without merit. The motion to vacate, set aside or correct sentence (ECF No. 103) is denied. Weatherspoon is denied a certificate of appealability, as jurists of reason would not find the court's denial of the motion to be debatable or wrong. This case is now closed.**

Date: 5/24/2021

CLERK OF COURT

Signature of Clerk or Deputy Clerk